ORIGINAL

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED OCT 25 2004

| | | |
|---|---|---|
| In re | ) | BK. NO. LA 82-17133 RA |
| | ) | |
| American Benefits Ltd. | ) | MOTION FOR ORDER RELEASING |
| a California Corp. | ) | UNCLAIMED FUNDS |
| of Tarzana, California | ) | |
| | ) | Hearing Date: |
| | ) | Time: |
| | ) | Place: |
| Debtor(s) | ) | |

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $1,143.99 which is the sum of all moneys deposited with the court on the following date(s) 6/14/95 on behalf of the creditor Czarnell, Larry W. cka Carnell, Larry W. on claim No.(s) unknown

2. (Please check and complete the applicable subparagraph(s) below):

   X   A.   I am the creditor named in paragraph 1.

   ___ B.   I am an employee of the creditor named in paragraph 1 and my title is _____.
            The creditor is still legally entitled to the moneys and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   X   C.   I am the creditor and have appointed The Financial Resources Group, Inc. as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    D.    Subparagraphs A, B, & C above do not apply, but I am entitled to payment of such moneys because (submit evidence establishing basis for right to obtain payment).

_____

_____

_____

_____

3.    Please complete each of the following subparagraphs:

    A.    The following is the creditor's address and phone number:

<u>221 State Route 80 W,</u>

<u>Arlington, KY 42021-8953</u>

<u>270-655-2404</u>

    B.    And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale the company from the prior to the new owner(s):

<u>MOved from old address and check was not received, it was probably</u>

<u>returned and not forwarded.</u>

_____

_____

4.    I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On __10/14/04__, a fully completed copy of this document was mailed to the:

| | |
|---|---|
| United States Attorney | United States Trustee's Office |
| 312 North Spring Street | 725 S. Figueroa Street, 26th Floor |
| Los Angeles, California 90012 | Los Angeles, CA 90017 |

Please insert the address of the Trustee (or Reorganized Debtor, or other Fiduciary in charge of claims):

Lawrence A. Diamant, Trustee

1888 Century Park East, Suite 1500

Los Angeles, CA    90067

_/s/ Larry W. Carnell_
Creditor's Signature*

(Corporate Seal if applicable)

__Larry W. Carnell__
Type or Print Creditor's Name

__221 State Route 80 W.__
Creditor's Address

__Arlington, KY 42021-8953__

State of __Kentucky__    ) ss
County of __Carlisle__    )

On __July 2, 2004__ before me, (insert name and title of the signer), personally appeared _Larry Carnell_

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS my hand and offical seal.**

Signature _/s/ Anita_____

My commission expires on __7-7-2007__    (SEAL)

**Attorney/Attorney-in-Fact (if appointed)**

_____
**Signature***

**Larry L. Moses, General Manager**
Type or Print Name

**The Financial Resources Group, Inc.**
Address

**700 Mechem Drive, Suite 8B**

**Ruidoso, New Mexico      88345**

State of _New Mexico_ )
                     ) ss.
County of _Lincoln_  )

On _6/13/04_ before me, (insert name and title of the signer),
personally appeared
_Larry L. Moses_
_General Manager_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which ther person(s) acted, executed the instrument.

**WITNESS my hand and offical seal.**

Signature _____

My commission expires on _6/22/05_                    (SEAL)

* All Signatures must be notarized.

Presented by _____
            **Larry L. Moses, General Manager**

**The Financial Resources Group, Inc.**

LAWRENCE A. DIAMANT, TRUSTEE
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
213 277 7400

ORIGINAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re                              ) CHAPTER 7
                                   ) CASE NO: LA-82-17133 RA
AMERICAN BENEFITS LTD.             )
                                   ) NOTICE OF UNCLAIMED
                                   ) DIVIDEND(S)
                                   ) (FRBP 3011)
_____)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 2587 in the sum of $321,956.27 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the Party(ies) entitled to said unclaimed dividend(s) is (are) are follows:

    Because of the volumn of checks drawn and checks outstanding, there are two listings attached. One listing sets forth the amount of the dividend and the other the address of the claimant.
    In excess of 5,000 checks were generated to pay the dividend. The trustee's staff has attempted to locate creditors where possible.

DATED: June 05, 1995

/s/ Lawrence A. Diamant

LAWRENCE A. DIAMANT, TRUSTEE

Page No.   6
06/29/95

LEDGER
UNDISTRIBUTED FUNDS

| CREDITOR | DATE RECEIVED | AMOUNT | DATE PAID | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| CALDERON, RUDY | 06/14/95 | 32.65 | / / | 0.00 | 32.65 |
| CALDERON, RUDY | 06/14/95 | 9.29 | / / | 0.00 | 9.29 |
| CALIFRONIA CLASS | 06/14/95 | 942.86 | / / | 0.00 | 942.86 |
| CALIFORNIA TRAVEL LTD. | 06/14/95 | 13.97 | / / | 0.00 | 13.97 |
| CALIFORNIA TREE SERVICE | 06/14/95 | 58.20 | / / | 0.00 | 58.20 |
| CLAIFORNIA TREE SERVICE | 06/14/95 | 16.95 | / / | 0.00 | 16.95 |
| CALKINS, JACK | 06/14/95 | 8.32 | / / | 0.00 | 8.32 |
| CALVIN, MARION | 06/14/95 | 27.90 | / / | 0.00 | 27.90 |
| CALVIN, S. DIANE | 06/14/95 | 50.52 | / / | 0.00 | 50.52 |
| CAMDEN, TOM & DOLORES | 06/14/95 | 159.72 | / / | 0.00 | 159.72 |
| CAMPBELL, MARCELINA S. | 06/14/95 | 15.02 | / / | 0.00 | 15.02 |
| CAMPISE, ROCCO JAMES | 06/14/95 | 7.56 | / / | 0.00 | 7.56 |
| CAMPISI, DOMINIC | 06/14/95 | 13.09 | / / | 0.00 | 13.09 |
| CAMPOS, JOE | 06/14/95 | 103.00 | / / | 0.00 | 103.00 |
| CAMPOS, JOHN JR. | 06/14/95 | 9.51 | / / | 0.00 | 9.51 |
| CANO, JULIO | 06/14/95 | 6.14 | / / | 0.00 | 6.14 |
| CANO, MARIA M. | 06/14/95 | 31.49 | / / | 0.00 | 31.49 |
| CANTAMOUNT, STEVEN M.D. | 06/14/95 | 22.05 | / / | 0.00 | 22.05 |
| CANTAMOUNT, STEVEN M.D. | 06/14/95 | 38.38 | / / | 0.00 | 38.38 |
| CANTOMOUT, STEVEN, M.D. | 06/14/95 | 14.00 | / / | 0.00 | 14.00 |
| C......ELL, MICHAEL | 06/14/95 | 183.08 | / / | 0.00 | 183.08 |
| .....OTTA, JOSEPH | 06/14/95 | 467.05 | / / | 0.00 | 467.05 |
| CAPATE, JULIAN ELI | 06/14/95 | 5.79 | / / | 0.00 | 5.79 |
| CAPPOCCHI, ALDO | 06/14/95 | 176.53 | / / | 0.00 | 176.53 |
| CARASSO, MATILDA | 06/14/95 | 13.68 | / / | 0.00 | 13.68 |
| CARBAJAL, JEAN | 06/14/95 | 7.58 | / / | 0.00 | 7.58 |
| CARBAJAL, JEAN | 06/14/95 | 14.07 | / / | 0.00 | 14.07 |
| CARDENAS, SOTIA | 06/14/95 | 20.67 | / / | 0.00 | 20.67 |
| CARILLO, SOFIA | 06/14/95 | 45.47 | / / | 0.00 | 45.47 |
| CARILLO, SOFIA | 06/14/95 | 264.12 | / / | 0.00 | 264.12 |
| CARLBREATH, ODESSA | 06/14/95 | 1143.99 | / / | 0.00 | 1143.99 |
| CZARNELL, LARRY W. | 06/14/95 | 51.74 | / / | 0.00 | 51.74 |
| CARPENTER, ROBERT EARL | 06/14/95 | 11.09 | / / | 0.00 | 11.09 |
| CARRIGAN, DEIRDRE | 06/14/95 | 20.25 | / / | 0.00 | 20.25 |
| CARRILLO, JUAN | 06/14/95 | 9.26 | / / | 0.00 | 9.26 |
| CARTER, MELODIE K. | 06/14/95 | 37.20 | / /. | 0.00 | 37.20 |
| CASACO, ARNOLD | 06/14/95 | 21.40 | / / | 0.00 | 21.40 |
| CASALINA, DAVID | 06/14/95 | 43.76 | / / | 0.00 | 43.76 |
| CASEY, KOREN | 06/14/95 | 8.54 | / / | 0.00 | 8.54 |
| CASEY, PATRICK | 06/14/95 | 236.51 | / / | 0.00 | 236.51 |
| CASNER, RBY M. | 06/14/95 | 20.32 | / / | 0.00 | 20.32 |
| CASS, HELEN | 06/14/95 | 8.78 | / / | 0.00 | 8.78 |
| CASTANEDA, ALAN | 06/14/95 | 27.14 | / / | 0.00 | 27.14 |
| CASTILLO, LILLIAN | 06/14/95 | 8.35 | / / | 0.00 | 8.35 |
| CASTRO, DOMINIC | 06/14/95 | 201.82 | / / | 0.00 | 201.82 |
| CASTRO, MAGDALENA | 06/14/95 | 48.77 | / / | 0.00 | 48.77 |
| ....IO, VICTORIA | 06/14/95 | 20.05 | / / | 0.00 | 20.05 |
| C......., JAMES | 06/14/95 | 32.66 | / / | 0.00 | 32.66 |
| CHAI, HI YANG | 06/14/95 | 28.04 | / / | 0.00 | 28.04 |
| CHANEY, DONALD J. | | | | | |

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

Czarnell, Larry W. cka Carnell, Larry W.

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney, for me and in my name, place and stead and for my use and benefit*, **ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$1,143.99

*giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.*

Signature: *Larry W Carnell*    Date: 7/02/04

Czarnell, Larry W. cka Carnell, Larry W.    SSN ███-██-2182

---

### NOTARY ACKNOWLEDGEMENT

State of Kentucky
County of Carlisle

SUBSCRIBED AND SWORN on the 2 day of July, 2004 before me, personally appeared Larry Carnell personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Identification for the above named was Driver License No. (or specify other identification): C 95-054-877

WITNESS my hand and official seal,
Signature: *Anita Lambert*    Residing at Arlington, KY 42021    (seal)



Photo ID

*Proof of Prior Address*

| Field | Value |
|---|---|
| 1 Control number | 00000131 |
|  | 22222 |
|  | 41140507667 |
| 2 Employer's name, address, and ZIP code | AUTO CONVEYOR SYSTEMS INC<br>3850 SOUTHLAND DRIVE<br>WEST MEMPHIS, AR 72301 |
| 3 Employer's identification number | 71-0440313 |
| 4 Employer's State number | 71-0440313 |
| 7 Advance EIC payment | .00 |
| 8 Employee's social security number | ***-**-2182 |
| 9 Federal income tax withheld | 300.16 |
| 10 Wages, tips, other compensation | 3,739.57 |
| 11 Social security tax withheld | 250.55 |
| 12 Employee's name (first, middle, last) | LARRY WAYNE CARNELL |
| 13 Social security wages | 3,739.57 |
| 14 Social security tips | .00 |
|  | 1920 EAST BARTON<br>WEST MEMPHIS  AR  72301 |
| 17 State income tax | 83.29 |
| 18 State wages, tips, etc. | 3,739.57 |
| 19 Name of State | ARK TA |
| 20 Local income tax | .00 |
| 21 Local wages, tips, etc. | .00 |

Form W-2 Wage and Tax Statement 1984   Copy A For Social Security Administration   Department of the Treasury IRS